**Memorandum Order issued February 22, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00045-CV

_____

## JAMES MASON, MURPHY MASON, HELEN MASON, ANNA PAYNE, AND CHARLES VANCE, Appellants

### V.

## AMED SERVICES, INC. D/B/A A*MED HOME HEALTH, FOLOSADE OJO, M.D., AND RAKESH SHAH, M.D., Appellees

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Case No. 16-CV-0731**

---

### MEMORANDUM ORDER

Appellants, James Mason, Murphy Mason, Helen Mason, Anna Payne, and Charles Vance, have filed a partial motion to dismiss their appeal against appellee Rakesh Shah, M.D., only. *See* TEX. R. APP. P. 42.1(a)(1), (b). Appellants state that

they continue to pursue their appeal against appellees Folosade Ojo, M.D., and AMed Services, Inc. d/b/a A\*Med Home Health. While the motion states that Rakesh Shah, M.D., does not oppose the motion, there is no certificate of conference with all appellees, but the motion contains a certificate of service on all counsel, has been on file with this Court for more than ten days, and no party has responded to the motion. *See id.* 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal against Rakesh Shah, M.D. *See id.* 42.1(a)(1), 43.2(f). The appeal against appellees Folosade Ojo, M.D. and AMed Services, Inc. d/b/a A\*Med Home Health remains pending. *See id.* 42.1(b).

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Higley.

2